IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 17-11375 (BLS) |
| | ) | |
| TK HOLDINGS INC., et al., | ) | |
| | ) | |
| Debtor, | ) | BAP 23-00040 |
| | ) | |
| TOMMY R. JACKSON, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 23-912 (RGA) |
| | ) | |
| TK HOLDINGS INC., et al., | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER**

At Wilmington this 30th day of November, 2023, the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. ' 1915; (D.I. 13)

IT IS ORDERED that the application is **GRANTED**.

/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Judge