IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TK HOLDINGS, INC., et al., | : | Bankruptcy Case No. 17-113755-BLS |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| TOMMY R. JACKSON, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 23-912-RGA |
| | : | |
| TK HOLDINGS, INC., | : | |
| | : | |
| Appellee. | : | |
| _____ | : | |

**O R D E R**

WHEREAS, Appellant has file a request for and extension of time to file his Opening Brief (D.I. 15);

NOW THEREFORE, IT IS HEREBY ORDERED that, the request for an extension of time (D.I. 15) is GRANTED.  Appellant shall file his Opening Brief by **January 12, 2024**.

December   12, 2023
DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE